# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK J. WEISER; WEISER GROUP, LLC, and M D W OUTDOOR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHAKE-AWAY, INC.; SHAKE-AWAY, LLC; SA LIQUIDATING, INC.; RYBO INDUSTRIES, LLC; ROBERT N. REYNOLDS, JR.; DANIEL WARCZOK; MDR OUTDOOR GROUP, INC.; MDR OG LIQUIDATING, INC.; and GOLD STAR LURES, INC.; <br><br> Defendants. | Civil Action No.: 07-155 |

## ORDER

Upon consideration of the Stipulated Motion to Extend Dates,

IT IS HEREBY ORDERED that Plaintiff shall have until August 17, 2007 to answer, move or otherwise respond to the Counterclaims of Defendants, and that the Parties shall have until August 17, 2007 to exchange disclosures required by Rule 26(a)(1).

IT IS SO ORDERED.

Dated: August 14, 2007

_____
District Judge