IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK J. WEISER; WEISER GROUP, LLC, and M D W OUTDOOR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHAKE-AWAY, INC.; SHAKE-AWAY, LLC; SA LIQUIDATING, INC.; RYBO INDUSTRIES, LLC; ROBERT N. REYNOLDS, JR.; DANIEL WARCZOK; MDR OUTDOOR GROUP, INC.; MDR OG LIQUIDATING, INC.; and GOLD STAR LURES, INC.; <br><br> Defendants. | Civil Action No.: 07-155 |

## STIPULATION OF DISMISSAL

WHEREAS the parties have entered into a settlement agreement covering all matters here in controversy and have agreed that all claims asserted against all named parties in this action consequently should be dismissed with prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that:

    (1)    The Case is dismissed with prejudice, as to all pending claims and counterclaims; and

    (2)    Each party shall bear its own costs and attorney's fees.

STIPULATED AND AGREED TO:

Dated: September 27, 2007

*[signature]*

John W. McIlvaine III, PA ID No. 56773
Thomas C. Wolski, PA ID No. 203072

THE WEBB LAW FIRM, P.C.
436 Seventh Avenue
700 Koppers Building
Pittsburgh, PA 15219
Telephone: (412) 471-8815
Facsimile: (412) 471-4094
E-mail:webblaw@webblaw.com

Counsel for Plaintiffs
Mark J. Weiser,
Weiser Group, LLC and
M D W Outdoor Group, Inc.

Dated: September 27, 2007

*[signature]*

Joseph Leibowicz, PA ID No. 64365
S. Mahmood Ahmad, PA ID No. 200020

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone (412) 355-6500
Facsimile (412) 355-6501

Counsel for Defendants
Shake-Away, Inc.
Shake-Away, LLC
SA Liquidating, Inc.
Rybo Industries, LLC
Robert N. Reynolds, Jr.,
Daniel Warczok
MDR Outdoor Group, Inc.
MDR OG Liquidating, Inc.
Gold Star Lures, Inc.

SO ORDERED, this 28th day of September, 2007.

*[signature]*

Gary L. Lancaster, U.S. District Judge